MARY McCREARY, APPELLEE, V. E. D. PRATT AND
OTHERS, APPELLANTS.

**Practice:** APPEAL NOT ALLOWED AFTER STAY TAKEN.  If
a stay of the order of sale under a decree of foreclosure be ta-
ken, no proceedings on appeal from such decree can afterwards
be had.  [Laws 1875, p. 50.]

*Redick & Connell,* for appellant.

*George W. Doane,* for appellee.

LAKE, J.

This is an appeal from the district court for Douglas
county.    It appears, by a supplemental transcript
from the court below, that execution of the decree
complained of was duly stayed by the appellant.    Un-
der the statute this step was fatal to any subsequent
proceedings by him on appeal.

Section five of the act regulating appeals, ap-
proved February 23, 1875, provides: "No proceed-
ings in error or appeal shall be allowed after such stay
has been taken," etc.    Laws 1875, p. 50.    Giving ef-
fect to this provision, it follows that the defendant, by
availing himself of the statutory stay, has voluntarily
deprived himself of the right to have a review of the
decree in this court, and his appeal must be dismissed.

APPEAL DISMISSED.

NOTE.—Prior to the passage of the statute cited, a contrary rule
prevailed.    *White v. Blum,* 4 Neb., 555.—REP.